IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT A. HOARD,<br><br>        Plaintiff,<br><br>vs.<br><br>OREGON TRAIL EQUIPMENT,<br>LLC; and GORDON E. WATTS,<br><br>        Defendants. | 8:16-CV-238<br><br>JUDGMENT |

On the parties' Joint Stipulation and Motion to Dismiss (filing 29), this action is dismissed with prejudice, each party to bear its own costs, and complete record waived.

Dated this 8th day of May, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge